IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LOCATI ARCHITECTS, LLC, a Montana limited liability company, LOCATI ENTERPRISES, INC., a Montana corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>ABRAHAM BOONE NOLTE, an individual.<br><br>Defendant. | No. CV 19-32-BU-SEH<br><br>**ORDER** |

Plaintiffs having filed their First Amended Complaint and Demand for Jury Trial[1] on September 5, 2019,

ORDERED:

Defendant's Motion to Dismiss and for a More Definite Statement[2] are DENIED as MOOT.

DATED this 9th day of September, 2019.

SAM E. HADDON
United States District Court

---

[1] Doc. 10.

[2] Doc. 5.

-1-