FILED
11/25/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| LOCATI ARCHITECTS, LLC, a Montana limited liability company, LOCATI ENTERPRISES, INC., a Montana corporation.<br><br>Plaintiffs,<br><br>vs.<br><br>ABRAHAM BOONE NOLTE, an individual.<br><br>Defendant. | No. CV 19-32-BU-SEH<br><br>**ORDER** |

Upon the parties' Agreed Motion for Entry of Final Order Permanent Injunction and Dismissal With Prejudice,[1]

ORDERED:

1. Defendant and his officers, agents, employees, attorneys, successors, and all other persons acting in concert or participation with them or on their behalf who receive actual notice of this Order by personal service or otherwise, are immediately and PERMANENTLY ENJOINED AND RESTRAINED, directly and indirectly, from doing any of the following:

---

[1] Doc. 18.

a. Infringement, possession, use or dissemination of Locati IP, as defined in the settlement agreement among the parties, which includes any infringement of Plaintiffs' copyrights, trade dress, and misappropriation of Plaintiffs' trade secrets, or, otherwise illegally converting to Defendant's use Plaintiffs' intellectual and proprietary content including originally created blocks, hatches, drawings, designs or electronic files containing Plaintiffs' proprietary content.

b. Using the Locati IP in connection with the identification, promotion, sale, or offering for sale of any goods or services.

c. Reproducing, publishing, distributing, transmitting, marketing, advertising, promoting, commercializing, publicly displaying or performing, selling, or creating derivative works containing or embodying Locati IP.

d. Engaging in any conduct that tends to represent its affiliation with Plaintiffs, through communications, whether electronic or written, by providing, offering, distributing, displaying, using, or dispensing any architectural drawings, plans, goods or services which contain, reference, display, or contain Locati IP.

2. Defendant is further ordered and directed to:

    a. Within twenty-one (21) days of the date of this Order, provide to Plaintiffs an index and an accounting of any and all projects created by Defendant that were not expressly authorized in writing by Locati; and

    b. Within twenty-one (21) days of providing said accounting to Plaintiffs, destroy all files that contain Locati IP.

3. This Order shall remain in full force and effect until this Court specifically orders otherwise.

4. Except with regard to the injunctive relief set forth in this Order, Plaintiffs' claims against Defendant as set forth in their First Amended Complaint and Demand for Jury Trial are DISMISSED WITH PREJUDICE with the parties bearing their own fees and costs.

DATED this 25th day of November, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Court